UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:15-CR-21-1H

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| v. | : | ORDER TO SEAL |
| STERLING DELAND MOODY | : | |

Upon motion of the United States and with the defendant's consent, it is hereby ORDERED that the Criminal Information, the plea agreement, the Motion To Seal and this Order To Seal in this case be sealed until such time as the Court order these documents unsealed.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Criminal Information and plea agreement to the United States Attorney's Office and the defendant.

IT IS SO ORDERED, this the 24th day of March, 2015.

Malcolm J. Howard
Senior United States District Judge