UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 4:15-CR-21-1H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER TO SEAL |
| ) | |
| STERLING MOODY, ) | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry No. 46 and its accompanying Order be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and a signed copy of the Order to the United States Attorney's Office.

So ordered, this 6th day of May, 2015.

THE HONORABLE MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE