IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:15-CR-00021-1H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| STERLING DELAND MOODY | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on September 14, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendant pleading guilty to 21 U.S.C. § 846, and agreeing to the forfeiture of the property listed in the September 14, 2015 Preliminary Order of Forfeiture, to wit:

    a) Real property having the physical address of 1 Lee Lane, Weldon, North Carolina, including any and all appurtenances and improvements thereto, being legally described in deed book 1993, pages 641-642 of the Halifax County Registry, North Carolina, and more particularly described as being all of Lot 10, Plat Book 6, Page 48, Halifax County Registry, and being titled in the name of Sterling Moody; and any and all proceeds from the sale of said property,

    b) United States Currency in the amount of $139,867.00,

1

c) One Ruger .40 caliber handgun, serial number: 343-27732, and

d) One Ruger .38 caliber handgun, serial number: 541-52622;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between September 30, 2015 and October 29, 2015, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the subject personal property described in this Court's September 14, 2015 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

AND WHEREAS, the United States advised the Court that it has allowed the lienholder of the subject real property to proceed with foreclosure. Hence, the United States is not pursuing final forfeiture of said real property in this action, specifically, 1 Lee Lane, Weldon, North Carolina;

2

AND WHEREAS, the United States advised the Court that the United States Currency in the amount of $139,867.00 was administratively forfeited on January 7 and 13, 2015 by the U. S. Drug Enforcement Administration. Hence, the United States is not pursuing final forfeiture of said currency in this action.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject remaining personal property listed in the September 14, 2015 Preliminary Order of Forfeiture, to wit: a Ruger .40 caliber handgun, serial number: 343-27732, and a One Ruger .38 caliber handgun, serial number: 541-52622 are hereby forfeited to the United States. That the United States Marshal Service is directed to dispose of the remaining personal property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this ___1st___ of day February 2016.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE

3